IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 14 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SELWYN FORD AND VELMA FORD,<br><br>*Plaintiff,*<br><br>-vs-<br><br>COREY FLAGG, and CITY OF CHICAGO,<br><br>*Defendants.* | No. 05 CV **05C 1472**<br><br>*(jury demand)*<br><br>JUDGE MANNING<br><br>MAGISTRATE JUDGE KEYS |

## COMPLAINT

Plaintiffs, by counsel, allege as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this court is conferred by 28 U.S.C. §1343.

2. Plaintiffs Selwyn Ford and Velma Ford are residents of the Northern District of Illinois.

3. Defendant City of Chicago is an Illinois municipal corporation.

4. Defendant Corey Flagg was at all times relevant acting under color of his authority as a Chicago police officer.

5. On January 19, 2004, defendant Flagg obtained a search warrant for premises described as a "single family residence" at a particular street address in the City of Chicago.

6. Flagg obtained this warrant by making false material statements.

7. Flagg and other Chicago police officers executed the warrant on January 19, 2004 and learned that the building at the street address named in the warrant was a multi-family residence.

8. After learning that the building at the street address named in the warrant was a multi-family residence, defendant Flagg and other Chicago police officers entered each unit of the multi-family residence and conducted an intrusive and disruptive search, ransacking each dwelling unit.

9. In the course of the above referred search:

    a. Defendant Flagg and other Chicago police officers seized and converted to their personal use a large safe containing United States currency, jewelry, and credit cards from the dwelling unit occupied by plaintiff Velma Ford, and

    b. Defendant Flagg and other Chicago police officers fabricated evidence that they used to justify their arrest of defendant Selwyn Ford.

10. As the result of the above described wrongdoing, plaintiff Selwyn Ford remained in custody until February of 2005, when all charges against him were dismissed in a manner indicative of his innocence.

11. As the direct and proximate result of the above described acts, plaintiffs were deprived of rights secured by the Fourth and Fourteenth Amendment to the Constitution of the United States and plaintiff Selwyn Ford was subjected to the Illinois tort of false imprisonment and malicious prosecution, for which the City of Chicago is liable under the doctrine of respondeat superior.

12. Plaintiffs hereby demand trial by jury.

Wherefore plaintiffs requests that judgment be entered in favor of Velma Ford in the amount of fifty thousand dollars and in favor of plaintiff Selwyn Ford in the amount of one hundred and fifty thousand dollars, and that the Court grant whatsoever other relief as may be appropriate.

KENNETH N. FLAXMAN
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*